SHERMAN PLASTERING Co., INC., Appellant, v. WILLIAM J. MURRAY CONSTRUCTION·Co., INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements,.and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

NORA EKER, Appellant, v. ANDRE DE LAVARRE, Individually and Known as "THE SCREEN TRAVELER" and Doing Business as "THE SCREEN TRAVELER," Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

NAVARRO OPERATING Co., INC., Respondent, v. JULIA S. SEMPLE, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JEAN LEWIS BYRNE, Appellant, for an Order Directing the Trustee under the Last Will and Testament of ELVIRA J. BYRNE, Deceased, to Pay to JEAN LEWIS BYRNE the Income Payable to CHARLES GERARD BYRNE by Virtue of the Will Filed Herein. CENTRAL HANOVER BANK AND TRUST COMPANY and CHARLES GERARD BYRNE, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BERKSHIRE NEW YORK MOTOR DISPATCH, INC., Respondent, v. CLAYTON L. PALMER, Trading and Doing Business as BERKSHIRE NEW YORK OVERNIGHT EXPRESS, Appellant.— Order unanimously affirmed, with twenty dollars costs. and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ACME MUTUAL CORPORATION, Respondent, v. PURITY APPETIZING & NUT SHOP, INC., and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LETTIE SESSONS, Appellant, v. JOSEPH KLAUSNER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion for a preference granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE CAPITOL AUTOMATIC MUSIC Co., INC., Respondent, v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF AMERICA, LOCAL 786, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, and the trial set down on the day calendar, Special Term, Part III,. for the second Monday of the January term, 1940. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ALBERTINE STAUSS, as Trustee for EUGENE J. STAUSS under a Deed of Trust: Dated April 1, 1926, etc., Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.